**DISMISSED and Opinion Filed April 14, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00023-CV

**MILTON ALFARO, Appellant**
**V.**
**FLOORPLAN XPRESS LLC.-OK, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03422-2019**

## MEMORANDUM OPINION
Before Justices Myers, Partida-Kipness, and Reichek
Opinion by Justice Reichek

The clerk's record in this case is past due. By letter dated February 7, 2020, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. By order dated February 24, 2020, we ordered appellant to provide the Court with written verification he had paid for

or made arrangements to pay for the clerk's record by March 2, 2020.[1]  We again cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not provided the required documentation and the clerk's record has not been filed.

Accordingly, we dismiss this appeal.  See TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

200023F.P05

---

[1] In the order we noted that although appellant filed a letter on February 10, 2020 stating he was paying for the clerk's record, the enclosed check was for the appellate filing fee, not for the clerk's record.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MILTON ALFARO, Appellant

No. 05-20-00023-CV      V.

FLOORPLAN XPRESS LLC.-OK, Appellee

On Appeal from the 471st Judicial District Court, Collin County, Texas Trial Court Cause No. 471-03422-2019.

Opinion delivered by Justice Reichek. Justices Myers and Partida-Kipness participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee FLOORPLAN XPRESS LLC.-OK recover its costs of this appeal from appellant MILTON ALFARO.

Judgment entered April 14, 2020